■ In the Matter of ROBERT R. KAUFMAN, an Attorney.— Motion for an order recalling disbarment order of this court entered on February 3, 1966, denied in all respects. Concur — Stevens, P. J., Eager, Steuer, Markewich and McNally, JJ.